

1  Naji Khatib, Esq. (Bar No. 296250)
      nkhatib@nexiolaw.com
2  **NEXIO, PC**
   245 Fischer Avenue
3  Suite C3
   Costa Mesa, CA 92626
4  Phone:    (949) 478-6830
5  Facsimile: (949) 478-1275
   *Attorneys for Plaintiff,*
6  *Live Face on Web, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br>a Pennsylvania company,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE I. KAIS, D.D.S., INC. *et al.*,<br><br>    Defendants. | Case No. 4:16-cv-01865-KAW<br>Hon. Kandis A. Westmore<br><br>**JOINT STIPULATION DISMISSING DEFENDANTS CONNIE I. KAIS, D.D.S., INC. AND MARK E. AJLOUNI FROM THE ACTION [F.R.C.P. 41(a)(1)(A)(ii)]** |

WHEREAS, Plaintiff Live Face On Web, LLC ("**LFOW**" or "**Plaintiff**") filed its Complaint on April 11, 2016, and Defendants Connie I. Kais, D.D.S., Inc. ("**Kais-Inc**") and Mark E. Ajlouni ("**Ajlouni**") (collectively, "**Defendants**") filed their answer herein on May 11, 2016;

WHEREAS, Plaintiff and Defendants engaged in extensive settlement discussions between over the proceeding months, and agreed to a settlement of the above-captioned action.

WHEREAS, Plaintiff, Defendants, and respective counsel subsequently exchanged formal settlement drafts, and have finally agreed on confidential settlement terms contained therein;

WHEREAS all parties have executed their respective portions of the settlement agreement, which includes a dismissal with prejudice of the above captioned suit conditioned on certain terms being performed, which have since occurred.

NOW THEREFORE, LFOW and Defendants hereby stipulate as follows:

1. Defendants Kais-Inc and Ajlouni shall be and hereby are dismissed *with prejudice.*
2. The other terms of the settlement shall remain confidential.
3. The parties are to bear their own attorneys' fees and costs.
4. The Northern District of California Shall retain jurisdiction over LFOW and Defendants arising from or related to any future dispute over the confidential settlement agreement.

Dated:  June 16, 2016          **NEXIO, PC**

By:  /s/ Naji Khatib /
    Naji Khatib,
    *Attorneys for Plaintiff, LFOW Inc.*

Dated:  June 16, 2016          **BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, APC**

By:  /s/ Robert Marchi /
    Robert Marchi
    *Attorneys for Defendants*
    *Connie I. Kais, D.D.S., Inc. and*
    *Mark E. Ajlouni*